AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

E-FILING
ADR

| Rita Baldwin and Justin Choy | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| James Tilton, et al. | ) | C08 03516 |
| Defendant | ) | |

RMW
HRL

### Summons in a Civil Action

To: Debbie Rives
(Defendant's name)

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lee H. Rubin
Mayer Brown LLP
3000 El Camino Real, Two Palo Alto Square, Suite 300
Palo Alto, California 94306

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: JUL 2 2 2008

Deputy clerk's signature
Tiffany Salinas-Harwell

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)