EDMUND G. BROWN JR.
  Attorney General of the State of California
PAUL T. HAMMERNESS
  Supervising Deputy Attorney General
TROY B. OVERTON (State Bar No. 171263)
  Deputy Attorney General
    455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-3664
    Telephone: (415) 703-5500
    Facsimile: (415) 703-5480
Email: troy.overton@doj.ca.gov

Attorneys specially appearing for
Defendants James Tilton, Michael Joseph Castro,
Debbie Rives, and C. Scott Harris, Jr.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| RITA BALDWIN, et al., | CASE NO. C 08-03516 RMW HRL |
|---|---|
| Plaintiffs, | DECLARATION OF TROY B. OVERTON IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS [FRCP 12(b)(5)] |
| v. | Date: October 3, 2008<br>Time: 9:00 a.m.<br>Place: Federal Building<br>280 South First Street<br>San Jose, California<br>Dept: 6, Fourth Floor<br>Judge: Hon. Ronald M. Whyte |
| JAMES TILTON, et al., | |
| Defendants. | |

I, Troy B. Overton, do hereby declare and state as follows:

1. I am an attorney licensed to practice before all the courts of the State of California and admitted to practice in the United States District Court, Northern District of California. I am a Deputy Attorney General with the Office of the Attorney General of the State of California, counsel specially appearing for Defendants James Tilton, Michael Joseph Castro, Debbie Rives, and C. Scott Harris, Jr. in this matter.

1

Defendants' Notice of Motion and Motion to Dismiss with Mem. of P's & A's [FRCP 12(b)(5)]
*Baldwin, et al. v. Tilton, et al.*                                                      Case No. C 08-03516 RMW

2. I have personal knowledge of the facts herein and if called to testify upon those facts would do so competently.

3. With regard to accepting service of a summons and complaint in a particular lawsuit, neither California Attorney General Edmund G. Brown Jr. nor his office is authorized to accept service of process on behalf of individual state employees.

4. I am informed and believe that California Attorney General Edmund G. Brown Jr. was not personally served with either a summons or complaint pertaining to Defendants James Tilton, Michael Joseph Castro, Debbie Rives, and C. Scott Harris, Jr. in this matter.

5. Attached hereto as Exhibit "A" is a true and correct copy of proofs of service filed in this matter representing that a summons and complaint were served on Debbie Rives (Document #7), James Tilton (Document #8), Michael Joseph Castro (Document #9), and C. Scott Harris, Jr.(Document #10).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on August 12, 2008, at San Francisco, California.

s/s/ Troy B. Overton
TROY B. OVERTON

2

Defendants' Notice of Motion and Motion to Dismiss with Mem. of P's & A's [FRCP 12(b)(5)]
*Baldwin, et al. v. Tilton, et al.*                                           Case No. C 08-03516 RMW

# EXHIBIT A

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on DEBBIE RIVES, by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is EDMUND G. BROWN - Attorney General _____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date: 7-23-08

B. R. Davis
Server's signature

B.R. Davis
Printed name and title

4546 El Camino Real, Los Altos, CA
Server's address

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **JAMES TILTON** by:

 (1) personally delivering a copy of each to the individual at this place, _____; or

 (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

 (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is **EDMUND G. BROWN - ATTORNEY GENERAL**; or

 (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date: **7-23-08**

**B.R. Davis**
Server's signature

**B. R. DAVIS**
Printed name and title

**4546 EL CAMINO REAL, LOS ALTOS, CA**
Server's address

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on MICHAEL JOSEPH CASTRI by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is EDMUND G. BROWN - ATTORNEY GENERAL ; or

(4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date: 7-23-08

B.R. Davis
Server's signature

B.R Davis
Printed name and title

4546 EL CAMINO REAL, LOS ALTOS, CA
Server's address

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on C SCOTT HARRIS Jr
by:

 (1) personally delivering a copy of each to the individual at this place, _____ ; or

 (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
   who resides there and is of suitable age and discretion; or

 (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
   EDMUND G BROWN - ATTORNEY GENERAL _____ ; or

 (4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date: 7-23-08

B. R. Davis
Server's signature

B.R. DAVIS
Printed name and title

4546 EL CAMINO REAL LOS ALTOS, CA
Server's address