1  EDMUND G. BROWN JR.
    Attorney General of the State of California
2  PAUL T. HAMMERNESS
    Supervising Deputy Attorney General
3  TROY B. OVERTON (State Bar No. 171263)
    Deputy Attorney General
4    455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-3664
5    Telephone: (415) 703-5500
    Facsimile: (415) 703-5480
6  Email: troy.overton@doj.ca.gov

7  Attorneys specially appearing for
    Defendants James Tilton, Michael Joseph Castro,
8  Debbie Rives, and C. Scott Harris, Jr.

9

                **UNITED STATES DISTRICT COURT**

10
                **NORTHERN DISTRICT OF CALIFORNIA**

11
                    **SAN JOSE DIVISION**

12

13

14  RITA BALDWIN, et al.,              **CASE NO. C 08-03516 RMW HRL**

15              Plaintiffs,            **[PROPOSED] ORDER GRANTING
                                        DEFENDANTS' MOTION TO DISMISS**
16       v.

17  JAMES TILTON, et al.,

18              Defendants.

19

20       The Court, having considered the pleadings filed herein and good cause appearing

21  therefore:

22       IT IS HEREBY ORDERED that the motion to dismiss of Defendants James Tilton,

23  Michael Joseph Castro, Debbie Rives, and C. Scott Harris, Jr. is GRANTED without prejudice.

24

25

26  Dated: _____

27                                     RONALD M. WHYTE
                                       United States District Judge

28

                                    1

[Proposed] Order Granting Defendants' Motion to Dismiss
*Baldwin, et al. v. Tilton, et al.*                    Case No. C 08-03516 RMW