**E-FILED on** 8/26/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RITA BALDWIN and JUSTIN CHOY,<br><br>Plaintiffs,<br><br>v.<br>MATTHEW CATE; MICHAEL JOSEPH CASTRO; DEBBIE RIVES; C. SCOTT HARRIS, JR., and DOES 1-25, inclusive,<br><br>Defendants. | No. C-08-03516 RMW<br><br>ORDER TERMINATING MOTION<br><br>**[Re Docket No. 11]** |

On August 12, 2008, defendants specially appeared to move the court to dismiss claims against them on the grounds of insufficient process, setting a hearing for October 3, 2008. On August 21, 2008, plaintiffs filed a notice of non-opposition, stating that instead of opposing the motion, they would perfect service of an amended complaint on all defendants. Accordingly, the court terminates defendants' motion to dismiss, Docket No. 11, and the hearing scheduled therefor.

DATED: 8/25/08

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER TERMINATING MOTION—No. C-08-03516 RMW
MAG

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

| | |
|---|---|
| Aengus Hartley Carr | accar@mayerbrownrowe.com |
| Jason Adam Wrubleski | jwrubleski@mayerbrown.com |
| Lee H. Rubin | lrubin@mayerbrown.com |
| Rena Chng | rchng@mayerbrown.com |

**Counsel for Defendants:**

| | |
|---|---|
| Troy Bentley Overton | troy.overton@doj.ca.gov |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   8/26/08                               /s/ MAG
                                          **Chambers of Judge Whyte**