1  Lee H. Rubin (SBN 141331)
     lrubin@mayerbrown.com
2  Rena Chng (SBN 209665)
     rchng@mayerbrown.com
3  Aengus H. Carr (SBN 240953)
     acarr@mayerbrown.com
4  Jason A. Wrubleski (SBN 251766)
     jwrubleski@mayerbrown.com
5  Mayer Brown LLP
   Two Palo Alto Square, Suite 300
6  3000 El Camino Real
   Palo Alto, CA  94306-2112
7  Telephone: (650) 331-2000
   Facsimile:  (650) 331-2060
8
   Attorneys for Plaintiffs
9  RITA BALDWIN and JUSTIN CHOY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT

## SAN JOSE DIVISION

| RITA BALDWIN and JUSTIN CHOY, | Case No. CV-08-03516 RMW (hrl) |
|---|---|
| Plaintiffs, | **PLAINTIFFS' MISCELLANEOUS ADMINISTRATIVE MOTION TO CLARIFY THE AUGUST 26, 2008 ORDER TERMINATING MOTION AND TO DEEM THE AMENDED COMPLAINT FILED (LOCAL RULE 7-11)** |
| v. | |
| JAMES TILTON, MICHAEL JOSEPH CASTRO, DEBBIE RIVES, C. SCOTT HARRIS, JR., and DOES 1-25, inclusive, | |
| Defendants. | |

Pursuant to Civil L.R. 7-11, Plaintiffs Rita Baldwin and Justin Choy hereby move the Court for miscellaneous administrative relief in the form of a clarification of the Court's August 26, 2008 Order Terminating Motion [to Dismiss]. This motion is based on the below memorandum of points, as well as on the Declaration of Jason A. Wrubleski (Wrubleski Decl.) and [Proposed] Order filed concurrently herewith.

## MEMORANDUM OF POINTS

On July 22, 2008, Plaintiffs filed an action against several California Department of Corrections and Rehabilitation officials in their individual capacities to enjoin them from improperly training corrections agents. Dkt. No. 1. Service of the original Complaint was made on the Office of the California Attorney General. Wrubleski Decl., ¶ 2.

On August 12, 2008, Defendants filed a Motion to Dismiss for insufficient service of process. Dkt. No. 11.

Instead of opposing this Motion, on August 21, 2008, Plaintiffs filed a Statement of Nonopposition, representing that they would perfect service of an Amended Complaint on all Defendants pursuant to Federal Rule of Civil Procedure 4(e)(1) and California Code of Civil Procedure §415.20(a). Dkt. No. 16. The Statement of Nonopposition explained that Plaintiffs had amended their complaint as a matter of right pursuant to Federal Rule of Civil Procedure 15(a)(1)(A). The Amended Complaint was attached to the Statement of Nonopposition and lodged separately with the Court on August 21, 2008. Dkt. Nos. 16, 15.

On August 26, 2008, the Court entered an Order terminating Defendants' August 12 Motion to Dismiss, apparently pursuant to Plaintiffs' stated intent to perfect service of the Amended Complaint. Dkt. No. 17.

On August 29, 2008, Plaintiffs were informed by the Clerk of this Court that summons would not be issued for the Defendants because the Amended Complaint had been received, but not filed. Wrubleski Decl., ¶ 4. Plaintiffs were informed that no summons would be issued until the clerk was ordered by the Court to deem the Amended Complaint filed. *Id.*

//
//

Therefore, Plaintiffs hereby move the Court to clarify its August 26, 2008 Order by issuing the [Proposed] Order filed concurrently herewith, directing the Clerk of this Court to deem the Amended Complaint filed and to issue summons for each of the Defendants.

Respectfully submitted,

Dated: August 29, 2008

Mayer Brown LLP

By: /s/ Lee H. Rubin
Lee H. Rubin

Attorneys for Plaintiffs Rita Baldwin and Justin Choy

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), Jason A. Wrubleski hereby attests that the signatory's concurrence in the filing of this document has been obtained.*