1  Lee H. Rubin (SBN 141331)
   lrubin@mayerbrown.com
2  Rena Chng (SBN 209665)
   rchng@mayerbrown.com
3  Aengus H. Carr (SBN 240953)
   acarr@mayerbrown.com
4  Jason A. Wrubleski (SBN 251766)
   jwrubleski@mayerbrown.com
5  Mayer Brown LLP
   Two Palo Alto Square, Suite 300
6  3000 El Camino Real
   Palo Alto, CA  94306-2112
7  Telephone: (650) 331-2000
   Facsimile:  (650) 331-2060
8
   Attorneys for Plaintiffs
9  RITA BALDWIN and JUSTIN CHOY

10

11                    UNITED STATES DISTRICT COURT

12                         NORTHERN DISTRICT

13                          SAN JOSE DIVISION

14

15 RITA BALDWIN and JUSTIN CHOY,          Case No.  CV-08-03516 RMW (hrl)

                  Plaintiffs,             **DECLARATION OF JASON A.
16                                        WRUBLESKI IN SUPPORT OF
         v.                               PLAINTIFFS' MISCELLANEOUS
17                                        ADMINISTRATIVE MOTION TO
                                          CLARIFY THE AUGUST 26, 2008
18 JAMES TILTON, MICHAEL JOSEPH           ORDER TERMINATING MOTION AND
   CASTRO, DEBBIE RIVES, C. SCOTT         TO DEEM THE AMENDED
   HARRIS, JR., and DOES 1-25, inclusive, COMPLAINT FILED**
19
                  Defendants.
20

21

22

23

24

25

26

27

28
   ─────────────────────────────────────────────────
   DECL. OF JASON A. WRUBLESKI IN SUPP. OF PLAINTIFFS' MISC. ADMIN. MOT. TO CLARIFY ORDER
                                                              Case No. CV-08-03516 RMW (hrl)

   44049337.1

I, Jason A. Wrubleski, declare as follows:

1. I am an associate at Mayer Brown LLP, counsel of record for plaintiffs Rita Baldwin and Justin Choy in the above-captioned action, and am licensed to practice before this Court. I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto. I submit this declaration in support of Plaintiffs' Miscellaneous Administrative Motion to Clarify the August 26, 2008 Order Terminating Motion and to Deem the Amended Complaint Filed.

2. On July 22, 2008, Plaintiffs filed an action against several California Department of Corrections and Rehabilitation officials in their individual capacities to enjoin them from improperly training corrections agents. Service of this original Complaint was made on the Office of the California Attorney General.

3. On August 12, 2008, Defendants filed a Motion to Dismiss for insufficient service of process. That Motion was brought by the Office of the California Attorney General in a special appearance for Defendants.

4. On August 29, 2008, I contacted the United States District Court for the Northern District of California by telephone to inquire as to whether the Court would issue summons for the Defendants named in the Amended Complaint. The clerk of the court informed me that no summons could be issued until she was ordered by the Court to deem the Amended Complaint filed, as it is currently "received" as Docket No. 15 in the above-captioned case.

5. Because Defendants in this case are not represented by counsel and have not yet appeared in this case, my office has been unable to procure a stipulation to the [Proposed] Order filed concurrently herewith, as otherwise required by Civil L.R. 7-11(a).

I declare under penalty of perjury under the laws of the State of California and of the United States that the foregoing is true and correct.

Executed this 29th day of August, 2008 at Palo Alto, California.

Jason A. Wrubleski

DECL. OF JASON A. WRUBLESKI IN SUPP. OF PLAINTIFFS' MISC. ADMIN. MOT. TO CLARIFY ORDER
Case No. CV-08-03516 RMW (hrl)