Lee H. Rubin (SBN 141331)
  lrubin@mayerbrown.com
Rena Chng (SBN 209665)
  rchng@mayerbrown.com
Aengus H. Carr (SBN 240953)
  acarr@mayerbrown.com
Jason A. Wrubleski (SBN 251766)
  jwrubleski@mayerbrown.com
Mayer Brown LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone: (650) 331-2000
Facsimile:  (650) 331-2060

Attorneys for Plaintiffs
RITA BALDWIN and JUSTIN CHOY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT

## SAN JOSE DIVISION

| | |
|---|---|
| RITA BALDWIN and JUSTIN CHOY,<br><br>    Plaintiffs,<br><br>    v.<br><br>JAMES TILTON, MICHAEL JOSEPH CASTRO, DEBBIE RIVES, C. SCOTT HARRIS, JR., and DOES 1-25, inclusive,<br><br>    Defendants. | Case No.  CV-08-03516 RMW (hrl)<br><br>**[PROPOSED] ORDER** |

[PROPOSED] ORDER

44049340.1

## [PROPOSED] ORDER

Upon Plaintiffs' Miscellaneous Administrative Motion to Clarify the August 26, 2008 Order Terminating Motion and to Deem the Amended Complaint Filed, and upon the Declaration of Jason A. Wrubleski, it is hereby:

**ORDERED** that the Clerk of this Court deem as filed the Amended Complaint currently lodged as Docket No. 15 in this action, and to cause to be issued to Plaintiffs a Summons for service upon each of the Defendants named in the Amended Complaint.

Dated: _____                    _____
                                            Hon. Ronald M. Whyte