**PROOF OF SERVICE**

I, Rowena Barreras, declare as follows:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is: Two Palo Alto Square, Suite 300, Palo Alto, California 94306-2112. On August 29, 2008, I served the foregoing document(s) described as:

1. **PLAINTIFFS' MISCELLANEOUS ADMINISTRATIVE MOTION TO CLARIFY THE AUGUST 26, 2008 ORDER TERMINATING MOTION AND TO DEEM THE AMENDED COMPLAINT FILED (LOCAL RULE 7-11)**

2. **DECLARATION OF JASON A. WRUBLESKI IN SUPPORT OF PLAINTIFFS' MISCELLANEOUS ADMINISTRATIVE MOTION TO CLARIFY THE AUGUST 26, 2008 ORDER TERMINATING MOTION AND TO DEEM THE AMENDED COMPLAINT FILED**

3. **[PROPOSED] ORDER**

☐ By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ By placing the document(s) listed above in a sealed envelope with postage prepaid, via First Class Mail, in the United States mail at Palo Alto, California addressed as set forth below.

☒ By placing the document(s) listed above in a sealed overnight service envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to an overnight service agent for delivery.

☐ By transmitting the document(s) listed above via electronic mail.

| | |
|---|---|
| Matthew Cate<br>Secretary of the Department of<br>Corrections and Rehabilitation<br>1515 "S" Street<br>Sacramento, CA 95811 | Michael Joseph Castro<br>Office of Correctional Safety<br>2510 Southeast Avenue, Suite 650<br>Fresno, CA 93706 |
| C. Scott Harris, Jr.<br>Corrections Standards Authority<br>600 Bercut Drive<br>Sacramento, CA 95811 | Debbie Rives<br>Corrections Standards Authority<br>600 Bercut Drive<br>Sacramento, CA 95811 |

I declare under penalty of perjury that the foregoing is true and correct.

    Executed on August 29, 2008, at Palo Alto, California.

_____
Rowena Barreras