```
1  Lee H. Rubin (SBN 141331)
     lrubin@mayerbrown.com
2  Rena Chng (SBN 209665)
     rchng@mayerbrown.com
3  Aengus H. Carr (SBN 240953)
     acarr@mayerbrown.com
4  Jason A. Wrubleski (SBN 251766)
     jwrubleski@mayerbrown.com
5  Mayer Brown LLP
   Two Palo Alto Square, Suite 300
6  3000 El Camino Real
   Palo Alto, CA  94306-2112
7  Telephone: (650) 331-2000
   Facsimile:  (650) 331-2060
8
   Attorneys for Plaintiffs
9  RITA BALDWIN and JUSTIN CHOY
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT

# SAN JOSE DIVISION

*E-FILED 9/2/08*

| | |
|---|---|
| RITA BALDWIN and JUSTIN CHOY, | Case No.  CV-08-03516 RMW (hrl) |
| Plaintiffs, | [XXXXXXXXXX] ORDER |
| v. | |
| JAMES TILTON, MICHAEL JOSEPH CASTRO, DEBBIE RIVES, C. SCOTT HARRIS, JR., and DOES 1-25, inclusive, | |
| Defendants. | |

[xxxxxxxxxx] ORDER

44049340.1

[XXXXXXXXXX] **ORDER**

Upon Plaintiffs' Miscellaneous Administrative Motion to Clarify the August 26, 2008 Order Terminating Motion and to Deem the Amended Complaint Filed, and upon the Declaration of Jason A. Wrubleski, it is hereby:

**ORDERED** that the Clerk of this Court deem as filed the Amended Complaint currently lodged as Docket No. 15 in this action, and to cause to be issued to Plaintiffs a Summons for service upon each of the Defendants named in the Amended Complaint.

Dated: 9/2/08

*Ronald M. Whyte*
Hon. Ronald M. Whyte