AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on SEPTEMBER 4, 2008
by: HAND DELIVERY 9:25 AM

(1) personally delivering a copy of each to the individual at this place, 600 BERCUT DRIVE SACRAMENTO

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is C. SCOTT HARRIS JR ; or

(4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date: Sept. 4, 2008

_____
Server's signature

NORMAN SYTO
Printed name and title

4546 EL CAMINO REAL STE 262
Server's address
LOS ALTOS CA. 94022