AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **Sept. 4, 2008**,
by: **HAND DELIVERY 9:10 AM**

(1) personally delivering a copy of each to the individual at this place, **600 BERCUT DRIVE, SACRAMENTO**

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is **KIMBERLY C. BRENSON**; or

(4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date: **Sept. 4, 2008**

_____
Server's signature

**NORMAN SYTO**
Printed name and title

**4546 EL CAMINO REAL STE 262**
Server's address
**LOS ALTOS CA. 94022**