AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _SEPT. 4, 2008_,
by: _HAND DELIVERY 1:00 P.M._

(1) personally delivering a copy of each to the individual at this place, _2510 SO. EAST AVENUE #650 FRESNO_

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _JUANITA MENDOZA_; or

(4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date: _Sept. 4, 2008_

_[signature]_
Server's signature

_NORMAN SYTO_
Printed name and title

_4546 EL CAMINO REAL STE 262_
Server's address
_LOS ALTOS CA. 94022_