**E-FILED on**   10/22/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RITA BALDWIN and JUSTIN CHOY,<br><br>        Plaintiffs,<br><br>   v.<br><br>JAMES TILTON,<br>MICHAEL JOSEPH CASTRO,<br>DEBBIE RIVES,<br>C. SCOTT HARRIS, JR., and<br>MATTHEW CATE,<br><br>        Defendants. | No. C-08-03516 RMW<br><br>ORDER VACATING HEARING |

      Defendants' motion to dismiss presently set for hearing on October 31, 2008 is hereby submitted on the papers without oral argument. *See* Civil L.R. 7-1(b). The hearing date of October 31, 2008 is vacated. If, upon consideration of the matter, the court deems that oral argument is necessary or would be helpful to the court, the matter will be reset for hearing no earlier than December 5, 2008.

DATED:    10/22/08

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER VACATING HEARING—No. C-08-03516 RMW
JAS

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| Aengus Hartley Carr | accar@mayerbrownrowe.com |
| Jason Adam Wrubleski | jwrubleski@mayerbrown.com |
| Lee H. Rubin | lrubin@mayerbrown.com |
| Rena Chng | rchng@mayerbrown.com |
| Donald M. Falk | dfalk@mayerbrown.com |

**Counsel for Defendants:**

Troy Bentley Overton        troy.overton@doj.ca.gov

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   10/22/08                                    JAS
                                                                         **Chambers of Judge Whyte**

ORDER VACATING HEARING—No. C-08-03516 RMW
JAS                                                                            2