Lee H. Rubin (SBN 141331)
  lrubin@mayerbrown.com
Donald M. Falk (SBN 150256)
  dfalk@mayerbrown.com
Rena Chng (SBN 209665)
  rchng@mayerbrown.com
Jason A. Wrubleski (SBN 251766)
  jwrubleski@mayerbrown.com
Mayer Brown LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone: (650) 331-2000
Facsimile:  (650) 331-2060

*E-FILED - 12/4/08*

Attorneys for Plaintiffs
RITA BALDWIN and JUSTIN CHOY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT**

**SAN JOSE DIVISION**

| | |
|---|---|
| RITA BALDWIN and JUSTIN CHOY,<br><br>                    Plaintiffs,<br><br>        v.<br><br>MATTHEW CATE, MICHAEL JOSEPH CASTRO, DEBBIE RIVES, C. SCOTT HARRIS, JR., and DOES 1-25, inclusive,<br><br>                    Defendants. | Case No. CV-08-03516 RMW (hrl)<br><br>**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [] ORDER** |

44051220.1

1      Pursuant to Local Rule 6-2, Plaintiffs Rita Baldwin and J.C. and Defendants Matthew

2  Cate, Michael Joseph Castro, Debbie Rives, and C. Scott Harris, Jr., by and through their

3  respective counsel of record, stipulate and agree as follows:

4      WHEREAS, the Order Setting Initial Case Management Conference and ADR Deadlines

5  issued the day the above-captioned action was filed set the Case Management Conference for

6  December 12, 2008;

7      WHEREAS, Plaintiffs filed their Second Amended Complaint on November 25, 2008;

8      WHEREAS, Defendants' response to the Second Amended Complaint is not due until

9  December 16, 2008 (after the Case Management Conference);

10      WHEREAS, Defendants intend to file a Motion to Dismiss the Second Amended

11  Complaint, which will not be heard until January 23, 2009, at the earliest;

12      WHEREAS, the parties have met and conferred and agreed to continue the Case

13  Management Conference to February 20, 2009 at 10:30 a.m.;

14      THEREFORE, it is hereby stipulated and agreed by Plaintiffs and Defendants, through

15  their respective counsel of record, as follows:  That the Case Management Conference be

16  continued to February 20, 2009 at 10:30 a.m., or as soon thereafter as is convenient for the Court.

17

18

19

20

21

22

23

24

25

26

27

28

1    IT IS SO STIPULATED.

2

3    Dated:  November 26, 2008                     Deputy Attorney General
                                                    Office Of The Attorney General
4                                                   State of California

5                                                   By:    /s/ Troy B. Overton_____
                                                           Troy B. Overton
6
                                                    Attorneys for Defendants Matthew Cate,
7                                                   Michael Joseph Castro, Debbie Rives, and C.
                                                    Scott Harris, Jr.
8
     Dated:  November 26, 2008                     Mayer Brown LLP
9

10                                                  By:    /s/ Jason A. Wrubleski_____
                                                           Jason A. Wrubleski
11
                                                    Attorneys for Plaintiffs Rita Baldwin and Justin
12                                                  Choy

13   *Filer's Attestation:  Pursuant to General Order No. 45, Section X(B), Jason A. Wrubleski hereby*
     *attests that the signatories' concurrence in the filing of this document has been obtained.*
14

15

16                              **[] ORDER_____**

17          Pursuant to stipulation of the parties, the Case Management Conference is continued to

18   February 20, 2009 at 10:30 a.m.

19          **IT IS SO ORDERED.**

20

21
     Date:    ___12/4/08_____                    *Ronald M. Whyte*
22                                                  _____
                                                    Hon. Ronald M. Whyte
23                                                  United States District Judge

24

25

26

27

28

     STIPULATED REQUEST TO CONTINUE HEARING; [] ORDER
                                    Case No. CV-08-03516 RMW (hrl)