**E-FILED on** __02/25/09__

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RITA BALDWIN and JUSTIN CHOI,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MATTHEW CATE, MICHAEL JOSEPH CASTRO, DEBBIE RIVES, C. SCOTT HARRIS, JR. and DOES 1-25,<br><br>　　　　Defendants. | No. C-08-03516 RMW<br><br><br>JUDGMENT |

On February 25, 2009 the court entered its order dismissing this action. Therefore,

　　IT IS HEREBY ordered that plaintiffs take nothing by way of their complaint and that judgment be entered in favor of all defendants.

DATED: __02/25/09__ 　　　　　　　　　　　　　　　　　　　　_/s/ Ronald M. Whyte_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

JUDGMENT—No. C-08-03516 RMW
JAS

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**
Aengus Hartley Carr accar@mayerbrownrowe.com
Donald M. Falk dfalk@mayerbrown.com
Jason Adam Wrubleski jwrubleski@mayerbrown.com
Lee H. Rubin lrubin@mayerbrown.com
Rena Chng rchng@mayerbrown.com

**Counsel for Defendants:**
Troy Bentley Overton troy.overton@doj.ca.gov

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     02/25/09                             JAS
                                       **Chambers of Judge Whyte**